# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SHERMAN/GRAYSON HOSPITAL, L.L.C. d/b/a WILSON N. JONES REGIONAL MEDICAL CENTER, | § § § § | |
| Plaintiff, | § § | **CIVIL ACTION NO. 4:17-CV-440** |
| v. | § § § | **JUDGE MAZZANT/JUDGE JOHNSON** |
| HUMANA INSURANCE COMPANY, | § § | |
| Defendant. | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 16, 2018, the report of the Magistrate Judge (Dkt. #29) was entered containing proposed findings of fact and recommendations that the parties' Rule 41(a)(1)(A)(ii) Stipulation of Dismissal (Dkt. #28) should be **GRANTED**.

Having received the report of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, the parties' Stipulation of Dismissal of Defendant (Dkt. #28) is **GRANTED**.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 19th day of March, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE